UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-00206-JAW-06 |
| | ) | |
| ELIZABETH COLEMAN | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed October 4, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Suppress (ECF No. 179) be and hereby is DENIED as moot.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2012